IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL REESE, et al., | : | CIVIL ACTION |
| *INDIVIDUALLY AND ON BEHALF OF* | : | |
| *ALL OTHERS SIMILARLY SITUATED* | : | No. 15-2197 |
| | : | |
| v. | : | |
| | : | |
| GLOBAL TEL*LINK CORPORATION | : | |

# ORDER

AND NOW, this 31st day of May, 2016, upon consideration of Plaintiffs' Motion to Transfer to the Western District of Arkansas Pursuant to 28 U.S.C. § 1404(a), Defendant's opposition thereto, and Plaintiffs' reply, and following oral argument on the Motion, it is ORDERED the Motion (Document 20) is GRANTED.  The Clerk of Court shall TRANSFER this action to the Western District of Arkansas.

BY THE COURT:

　　/s/ Juan R. Sánchez　　
Juan R. Sánchez, J.